# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINE GLAHN,** | : | **CIVIL ACTION NO. 3:16-CV-592** |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A. BERRYHILL,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 27th day of August, 2018, upon consideration of the Stipulation (Doc. 22), it is hereby, ORDERED that said Stipulation is APPROVED. Plaintiff, Christine Glahn, is awarded Six Thousand One Hundred dollars and Zero cents ($6,100.00) in attorney fees under the EAJA. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania